

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2016

No. 04-15-00596-CR

Isidro Espinosa **SOLIS,**
Appellant

v.

The State of **TEXAS,**
Appellee-s

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR2691
Honorable Mary D. Roman, Judge Presiding

# O R D E R

     Appellant's counsel, Pat Montgomery, has filed a motion for extension of time requesting an extension of time until December 9, 2016 to file the appellant's brief.  We grant the motion. We **order** Pat Montgomery to file appellant's brief **by December 9, 2016**.  If counsel fails to file the brief by the date ordered, we may order him to appear before this court to show cause why he should not be held in contempt for failing to comply with the court's order.

_____
Luz Elena D. Chapa, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2016.

_____
Keith E. Hottle
Clerk of Court